UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Borrow, LLC, | ) |
|     Plaintiff, | ) Case No. <br> ) <br> ) Judge |
| v. | ) <br> ) |
| Liberty Mutual Insurance Group, *et al.*, | ) <br> ) |
|     Defendants. | ) |

**DEFENDANTS LIBERTY MUTUAL GROUP, INC.'S AND OHIO SECURITY INSURANCE COMPANY'S NOTICE OF REMOVAL**

Now come Liberty Mutual Group, Inc., incorrectly named in the Complaint as Liberty Mutual Insurance Group, and Ohio Security Insurance Company (together, "Defendants"), by and through counsel, and for their Notice of Removal of this action from the Common Pleas Court of Cuyahoga County, Ohio to the United State District Court for the Northern District of Ohio, states:

1. Plaintiff Borrow, LLC ("Plaintiff") filed suit in the Common Pleas Court of Cuyahoga County, Ohio in Case No. CV 23 989460 on or about December 4, 2023. Plaintiff's Complaint alleges causes of action against Defendants for breach of contract and lack of good faith.

2. Defendants were served with Plaintiff's Complaint not more than 30 days ago.

3. This Court has original jurisdiction over this type of action pursuant to 28 U.S.C. § 1332(a)(1), and Defendants may therefore remove this action to this Court pursuant to 28 U.S.C. § 1441(a), for:

    (a) Complete diversity of citizenship exists between Plaintiff, who resides in Ohio; and Defendants, which are incorporated in and maintain a principal place of business in

1

        a state other than Ohio, specifically Massachusetts and New Hampshire; and

    (b)    Defendants reasonably believe the amount in controversy requirement is met because Plaintiff has pled causes of action for breach of contract and bad faith; seeks compensatory damages in excess of $25,000, punitive damages in excess of $25,000, and costs, interest, litigation expenses and attorney fees.

4. As required by 28 U.S.C. § 1446(b), Defendants are filing this Notice of Removal within thirty days of first learning that the criteria for removal had been met.

5. This action has been pending less than a year.

6. As required by 28 U.S.C. § 1446(a), Defendants are attaching hereto a copy of each process, pleading and order they have received as Exhibit 1.

7. Defendants are the only Defendants listed in the Complaint, so no other party needs to consent to the removal of this action.

        Respectfully submitted,

        */s/ Caitlin E. Vetter*
        William M. Harter (0072874)
        Caitlin E. Vetter (0090665)
        FROST BROWN TODD LLP
        10 West Broad Street, Suite 2300
        Columbus, OH 43215
        614-464-1211 / 614-464-1737 (Fax)
        wharter@fbtlaw.com / cvetter@fbtlaw.com
        *Attorneys for Liberty Mutual Group, Inc. and Ohio Security Insurance Company*

## **CERTIFICATE OF SERVICE**

On this 18th day of January, 2024, a true and accurate copy of the foregoing was filed with the Court and served via ECF and U.S. Mail on the following counsel of record.

Patrick J. Thomas
Joseph G. Ritzler, Ritzler, Coughlin & Paglia, Ltd.,
1360 East Ninth Street
Cleveland, OH 44114


Robert P. Rutter
Robert A. Rutter, Rutter & Russin, LLC
One Summit Office Park, Suite 650,
4700 Rockside Road
Cleveland, Ohio 44131


                                                    */s/ Caitlin E. Vetter*
                                                    Caitlin E. Vetter (0090665)

0000T69.0737033   4891-6218-7416v2