IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BORROW, LLC, | ) |
| | ) Case No. 1:24-cv-00106 |
| Plaintiff, | ) |
| | ) JUDGE DAN AARON POLSTER |
| v. | ) |
| | ) <u>STIPULATED DISMISSAL</u> |
| LIBERTY MUTUAL GROUP, INC., *ET AL*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

On March 25, 2024, the Court held an in-person mediation session and engaged the parties in settlement discussions. At the conclusion, the parties reached a settlement. Accordingly, this case is dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

_____
Plaintiff Representative

_____
Plaintiff Representative

_____
Attorney for Plaintiff

**IT IS SO ORDERED.**

Date: March 25, 2024

_____
Defendant Representative

_____
Attorney for Defendant

_____
Dan Aaron Polster
United States District Judge